# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

December 01, 2010

Hon. Marcia G. Cooke
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 N. Miami Avenue, Room 11-2
Miami  FL  33128-1810

**Appeal Number: 08-17213-CC**
Case Style: Jose Guevara v. Republic of Peru
District Court Number:  04-23223 CV-MGC



FILED by _oll_ D.C.
DEC 0 7 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

The Supreme Court has denied certiorari.  The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

John Ley, Clerk of Court

Reply To: Brenda Wiegmann (404) 335-6174

c: District Court Judge

MDT-4 (04-2007)